UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:14-cv-61899-WJZ

IRESTORE REPAIR AND WIRELESS, LLC,
on behalf of itself and all others similarly situated

       Plaintiff,

vs.

YELP, INC.,

       Defendant,

_____

## DEFENDANT YELP, INC.'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

Defendant, Yelp, Inc., ("Yelp") through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that:

1. Yelp is a publicly traded Delaware corporation headquartered in San Francisco, California.

2. No entity or person owns more than 10% of the shares of Yelp.

3. Interested persons in this litigation include Plaintiff IRestore Repair and Wireless, LLC and Defendant Yelp, as well as the attorneys representing those parties, as listed below.

4. Counsel for Plaintiff: Scott D. Owens, 664 W. Hallandale Beach Blvd., Hallandale, FL 33009; Bret L. Lusskin, 20803 Biscayne Blvd. Suite 302, Aventura, Florida; Keith J. Keogh and Timothy Sostrin, 55 W. Monroe St., Suite 3390, Chicago, Illinois.

5. Local Counsel for Defendant Yelp: Blank Rome, LLP, (Paul J. Sodhi), 1200 N. Federal Highway, Suite 312, Boca Raton, Florida.

900200.00001/50635676v.1

6. California Counsel for Defendant Yelp: Blank Rome, LLP, (Ana Targvoryan, Joshua Briones, and Harrison Brown) 2029 Century Park East, 6th, Los Angeles, California.

7. Yelp is not aware at this time of other persons interested in this litigation.

Dated: September 11, 2014.

        Respectfully submitted,

        BLANK ROME LLP
        1200 N. Federal Highway, Suite 312
        Boca Raton, FL  33432
        Telephone: 561-417-8100
        Facsimile: 561-417-8101

        /s/ Paul Sodhi_____
        Paul J. Sodhi
        Florida Bar No. 42353
        PSodhi@BlankRome.com
        Bocaeservice@BlankRome.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of September 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Paul Sodhi_____
        **Paul J. Sodhi**
        Florida Bar No. 42353