UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:14-cv-61899-WJZ

| | |
|---|---|
| IRESTORE REPAIR AND WIRELESS, LLC, on behalf of itself and all others similarly situated | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| YELP INC. | ) ) |
| Defendant. | ) |

_____

## **STIPULATION OF DISMISSAL**

All matters in dispute between the parties to the above-entitled action having been satisfactorily resolved;

IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Plaintiff's individual claims and Defendant's counter-claims should be dismissed with prejudice;

2. Any putative class claims should be dismissed without prejudice or notice; and

3. Each party shall bear its own costs.

Dated: January 7, 2015

                                                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Scott D. Owens_____ | /s/ Joshua Briones_____ |
| Scott D. Owens (Fla. No. 597651) | BLANK ROME LLP |
| Scott D. Owens, P.A. | Joshua Briones (Cal. No. 205293) |
| 664 E. Hallandale Beach Blvd. | JBriones@BlankRome.com |
| Hallandale, FL 33009 | Ana Tagvoryan (Cal. No. 246536) |
| Tel: 954-589-0588 | ATagvoryan@BlankRome.com |
| Fax: 954-337-0666 | Harrison Brown (Cal. No. 291503) |
| Scott@ScottDOwens.com | HBrown@BlankRome.com |
| | 2029 Century Park East, 6th Floor |
| BRET L. LUSSKIN, Esq. | Los Angeles, CA 90067 |
| 20803 Biscayne Blvd., Suite 302 | Telephone:  424.239.3400 |
| Aventura, Florida 33180 | Facsimile:   424.239.3434 |
| Telephone: (954) 454-5841 | |
| Facsimile: (954) 454-5844 | Paul Sodi (Fla. No. 42353) |
| blusskin@lusskinlaw.com | PSodhi@BlankRome.com |
| | 1200 N. Federal Highway, Suite 312 |
| Keith J. Keogh | Boca Raton, FL 33432 |
| Michael Hiliki | Telephone:  561.417.8100 |
| Keogh Law, Ltd. | Facsimile:   561.817.8101 |
| 55 W. Monroe St., Suite 3390 | |
| Chicago, Illinois 60603 | Attorneys for Defendant and Counter-Plaintiff, |
| 312.726.1092 (office) | YELP INC. |
| 312.726.1093 (fax) | |
| Keith@KeoghLaw.com | |

Attorneys for Plaintiff and Counter-Defendant,
IRESTORE REPAIR AND WIRELESS, LLC

Attorneys for Third-Party Defendant,
EXLIXETTE ARREOLA