```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 14-61899-CIV-ZLOCH
```

IRESTORE REPAIR AND WIRELESS,
LLC, on behalf of itself and
all others similarly situated,

       Plaintiff,          **FINAL ORDER OF DISMISSAL**

vs.

YELP INC.,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Parties' Stipulation Of Dismissal (DE 33). The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal (DE 33) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     7th     day of January, 2015.

                                      _____
                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record